UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CAROLYN CALENDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 4:07CV1974 CDP |
| | ) |
| CITY OF PINE LAWN, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER OF PARTIAL DISMISSAL
### PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that, as to defendant Janice Jones, plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that plaintiff's claim against defendant the City of Pine Lawn for breach of contract is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated this 30th Day of January, 2008.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE