United States District Court
Eastern District of Missouri
Eastern District

| | |
|---|---|
| Carolyn Calendar, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Cause No. 4:07-CV-1974 CDP |
| | ) |
| City of Pine Lawn, | ) |
| | ) |
|     Defendant. | ) |

**Plaintiff's Request for Continuance of Rule 16 Conference**

Comes Now Plaintiff and requests a continuance of the Rule 16 Conference set for Friday, June 6, 2008. In support of this request, Plaintiff states as follows:

1. At the time Plaintiff's counsel entered his appearance for Ms. Calendar, counsel already had a motion hearing set for Friday, June 6, 2008, at 9 a.m. in the matter of <u>Dieckow v. Lebeau</u>, Cause No. 0711-CV08510, in the Circuit Court of St. Charles County.

2. Plaintiff discussed with Defendant's counsel, Mr. Smith, the need for a continuance because of the time conflict. Mr. Smith advised that he was available this upcoming Monday, June 9, 2008. Plaintiff's counsel is also available on that date.

3. Plaintiff's counsel was advised that this Court had time available at 9:30 a.m. on Monday, June 9, 2008.

Wherefore, for good cause shown, Plaintiff requests that the Rule 16 Conference in this matter be continued until Monday, June 9, 2008, at 9:30 a.m., or to some other time as this Court advises.

Respectfully submitted,

Chackes, Carlson, Spritzer & Ghio, LLP

By: /s/ Matthew J. Ghio
Matthew J. Ghio        #68960
230 S. Bemiston, Suite 800
St. Louis, Missouri  63105
Phone: (314) 872-8420
Fax:    (314) 872-7017
Email: mghio@ccsg-law.com
Attorney for Plaintiff

## Certificate of Service

I hereby certify on this 5th day of June, 2008, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Defendant.

/s/ Matthew J. Ghio