RECEIVED BY MAIL

NOV 0 3 2008

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CAROLYN CALENDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No. 4:07-CV-1974 CDP |
| | ) |
| CITY OF PINE LAWN, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM TO CLERK
## CHANGE OF ENTITY

Comes Now, Attorney for Plaintiff, Matthew J. Ghio, and notifies the Court that as of **November 1, 2008** Plaintiff is represented by Matthew J. Ghio only.

Respectfully Submitted,

By: *Matthew J. Ghio*
Matthew J. Ghio #44799
230 S. Bemiston Ave., Suite 800
St. Louis, Missouri 63105
Phone: (314) 496-8420
Fax:    (314) 732-1404
email: mjghio@gmail.com

### Certificate of Service

The undersigned hereby certifies that on this 30th day of October, 2008, that a true copy of the foregoing Notice was served electronically and sent via first class mail, postage prepaid, to:

LAW OFFICES OF ROBERT J. HAYES, J. Michael Waller #4630, 940 West Port Plaza, Suite 208, St. Louis, Missouri 63146-3118.

*Matthew J. Ghio*